# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRINA AGUROK,** : | |
| : | |
| **Plaintiff,** : | |
| : | **CIVIL ACTION** |
| v. : | |
| : | **NO. 18-4548** |
| **SPIN PHILADELPHIA, LLC,** : | |
| : | |
| **Defendant.** : | |

## ORDER

**AND NOW** this __4th___ day of November, 2019, the Court having been advised that Plaintiff and Defendant have reached a settlement agreement, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISIMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b)[1].

**BY THE COURT:**

**/s/ Petrese B. Tucker**
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] Local Rule 41.1(b) states that "[w]henever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."